FILED: December 9, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 25-2188
(8:25-cv-00201-DLB)

———————————

CASA, INC.; ASYLUM SEEKER ADVOCACY PROJECT, INC.; MARIBEL,
c/o CASA, Inc., Individually and as next friend to her future child; JUANA, c/o
CASA, Inc., Individually and as next friend to her future child, on behalf of
themselves and all others similarly situated; TRINIDAD GARCIA, c/o Asylum
Seeker Advocacy Project, Individually and as next friend to her future child, on
behalf of themselves and all others similarly situated; MONICA, c/o Asylum
Seeker Advocacy Project, Individually and as next friend to her future child, on
behalf of themselves and all others similarly situated; LIZA, c/o Asylum Seeker
Advocacy Project, Individually and as next friend to L.B.., on behalf of
themselves and all others similarly situated; ASHLEY, c/o Asylum Seeker
Advocacy Project, individually and as a next friend to K.K., on behalf of
themselves and all others similarly situated; MRS. ANDREA, c/o Institute for
Constitutional Advocacy and Protection, individually and as next friend to E.T.P.,
on behalf of themselves and all others similarly situated; NIURKA, c/o Asylum
Seeker Advocacy Project, individually and as next friend to her future child, on
behalf of themselves and those similarly situated

　　　　　Plaintiffs - Appellees

v.

DONALD J. TRUMP, c/o Attorney General of the United States, In his official
capacity as President of the United States; SECRETARY OF THE UNITED
STATES DEPARTMENT OF STATE, In their official capacity; ATTORNEY
GENERAL OF THE UNITED STATES, In their official capacity; SECRETARY
OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, c/o

Office of the General Counsel, In their official capacity; DIRECTOR OF
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, c/o Office
of the Chief Counsel, In their official capacity; COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION, c/o Office of the Chief Counsel, In their
official capacity; UNITED STATES OF AMERICA, c/o Attorney General of the
United States

        Defendants - Appellants

———————————————

# O R D E R

———————————————

Upon consideration of appellant's motion for abeyance, the court grants the
motion and places this case in abeyance pending a decision by the United States
Supreme Court in *Trump v. Barbara*, No. 25-365, and in *Trump v. Washington*, No.
25-364 (petition for writ of certiorari filed Sept. 26, 2025).

Counsel shall immediately notify this court upon issuance of a decision by the
Supreme Court.

        For the Court

        /s/ Nwamaka Anowi, Clerk