IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

CASA, INC., et al.,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, et al.,

Defendants-Appellants.

No. 25-2188

**RESPONSE TO MOTION FOR SUMMARY AFFIRMANCE**

This case challenges Executive Order 14,160, "Protecting the Meaning and Value of American Citizenship," 90 Fed. Reg. 8,449 (Jan. 20, 2025). The Order announces the Executive Branch's interpretation of the Citizenship Clause of the Fourteenth Amendment and a corresponding statutory provision.

**1.** On December 9, 2025, this Court placed this appeal in abeyance pending the Supreme Court's decision in *Trump v. Barbara*. On June 30, 2026, the Supreme Court issued its opinion in *Trump v. Barbara*, 609 U.S. ___, 2026 WL 1870543 (June 30, 2026), holding that children born of parents unlawfully or temporarily present in the United States are, at birth, citizens

of the United States under the Fourteenth Amendment's Citizenship Clause.

2.     However, the Supreme Court has not yet issued its mandate or a certified copy of the judgment.  Pursuant to the Supreme Court's Rules, that occurs 32 days after judgment is entered.  *See* Sup. Ct. Rule 45(3). Accordingly, the Government submits that maintaining this appeal in abeyance during that period best serves the interests of the parties and judicial efficiency.  The preliminary injunction here remains in effect, and plaintiffs are not harmed by a short continuation of the abeyance.

3.     Moreover, Plaintiffs have not made the requisite "showing that the issues raised on appeal are in fact manifestly unsubstantial and appropriate for disposition by motion," Local Rule 27(f), because this appeal potentially implicates issues not addressed by the Supreme Court in *Barbara* that their motion does not address.

4.     Plaintiffs' alternative request to dismiss the appeal is similarly improper.  This Court's prior dismissal was premised on a procedural rule "allowing court of appeals to dismiss [an] appeal in response to [an] indicative ruling" by the district court.  *CASA, Inc. v. Trump*, No. 25-1153,

2025 WL 2141296, at *1 (4th Cir. July 29, 2025) (citing Fed. R. App. P. 12.1(b)).  But there is no indicative ruling here.

5.    For the foregoing reasons, this Court should deny plaintiffs' motion for summary affirmance.

The government plans to provide this Court with a further update on its intentions with respect to this appeal within 14 days of the Supreme Court issuing the mandate or certified copy of its judgment in *Barbara*.

Respectfully submitted,

ERIC D. MCARTHUR
  *Deputy Assistant Attorney General*

MARK R. FREEMAN
SHARON SWINGLE
BRAD HINSHELWOOD

 *s/ Derek Weiss*
Derek Weiss
(202) 616-5365
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Room 7230*
  *Washington, DC 20530*

JULY 2026

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion satisfies the type-volume requirements set out in Rule 27(d)(2)(A) because it contains 368 words. This motion was prepared using Microsoft Word in Book Antiqua, 14-point font, a proportionally spaced typeface.

*s/ Derek Weiss*

Derek Weiss