UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2188
(8:25-cv-00201-DLB)

_____

CASA, INC.; ASYLUM SEEKER ADVOCACY PROJECT, INC.; MARIBEL,
c/o CASA, Inc., Individually and as next friend to her future child; JUANA, c/o
CASA, Inc., Individually and as next friend to her future child, on behalf of
themselves and all others similarly situated; TRINIDAD GARCIA, c/o Asylum
Seeker Advocacy Project, Individually and as next friend to her future child, on
behalf of themselves and all others similarly situated; MONICA, c/o Asylum
Seeker Advocacy Project, Individually and as next friend to her future child, on
behalf of themselves and all others similarly situated; LIZA, c/o Asylum Seeker
Advocacy Project, Individually and as next friend to L.B.., on behalf of
themselves and all others similarly situated; ASHLEY, c/o Asylum Seeker
Advocacy Project, individually and as a next friend to K.K., on behalf of
themselves and all others similarly situated; MRS. ANDREA, c/o Institute for
Constitutional Advocacy and Protection, individually and as next friend to E.T.P.,
on behalf of themselves and all others similarly situated; NIURKA, c/o Asylum
Seeker Advocacy Project, individually and as next friend to her future child, on
behalf of themselves and those similarly situated

        Plaintiffs - Appellees

v.

DONALD J. TRUMP, c/o Attorney General of the United States, In his official
capacity as President of the United States; SECRETARY OF THE UNITED
STATES DEPARTMENT OF STATE, In their official capacity; ATTORNEY
GENERAL OF THE UNITED STATES, In their official capacity; SECRETARY
OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, c/o
Office of the General Counsel, In their official capacity; DIRECTOR OF
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, c/o Office
of the Chief Counsel, In their official capacity; COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION, c/o Office of the Chief Counsel, In their

official capacity; UNITED STATES OF AMERICA, c/o Attorney General of the
United States

   Defendants - Appellants

_____

O R D E R

_____

   Upon consideration of the motion to voluntarily dismiss this case pursuant to

Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no

opposition, the court grants the motion.

   For the Court--By Direction

   /s/ Nwamaka Anowi, Clerk